CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

FEB 2 2 2012

JULIA C. DUDLEY, CLERK
BY: /s/ 
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 6:11-cr-00002 |
| v. | ORDER NUNC PRO TUNC |
| SHAUN LAMAR FISHER,<br>*Defendant.* | JUDGE NORMAN K. MOON |

By order dated February 3, 2011, this case was referred to then United States Magistrate Judge Michael F. Urbanski pursuant to 28 U.S.C. § 636(b)(3) for purpose of conducting a plea hearing and plea colloquy under Rule 11 of the Federal Rules of Criminal Procedure. Judge Urbanski prepared a Report and Recommendation on March 10, 2011, wherein he recommended that I accept Defendant's plea of guilty to count one of the information and adjudge him guilty of the offense charged therein. I accepted Judge Urbanski's Report and Recommendation without objection from the parties; however, it was not docketed until February 22, 2012. Accordingly, it is hereby ORDERED *nunc pro tunc* that the Report and Recommendation is ADOPTED in its entirety as of May 10, 2011, the date of Defendant's sentencing in this matter.

The Clerk of the Court is hereby directed to send a certified copy of this Order to the Defendant and all counsel of record.

Entered this 22nd day of February, 2012.

NORMAN K. MOON
UNITED STATES DISTRICT JUDGE